**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CAROL L. VAUGHN**                                                            **PLAINTIFF**

**V.**                         **CIVIL ACTION NO. 1:09-CV-247-SA-JAD**

**WOODFOREST BANK**                                        **DEFENDANT**

## **ORDER**

For the reasons stated in a memorandum opinion to be released on this day, the Defendant's Motion for Summary Judgment [34] is GRANTED. This case is closed.

So ordered on this, the 21st day of January, 2011.

                                               **/s/ Sharion Aycock**
                                               **UNITED STATES DISTRICT JUDGE**